In the Matter of HUGH A. KING, Respondent, against TOWN OF PATTERSON, PUTNAM COUNTY, Appellant.—

No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.